1  HON. SALVADOR MENDOZA JR.

Marc Cote
2  Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
3  Seattle, Washington 98104
(206) 682-6711 / FAX (206) 405-4450
4  Email: mcote@frankfreed.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMAR PALMA RENTERIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>GILBERTO GOMEZ GARCIA and JONATHAN GOMEZ RIVERA, individually and on behalf of all others similarly situated,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STEMILT AG SERVICES, LLC, a solely owned subsidiary of Stemilt Growers, LLC and DOES 1-10, inclusive,<br><br>Defendant. | NO. 2:20-cv-00392<br><br>**NOTICE OF CLASS SETTLEMENT** |

NOTICE OF CLASS ACTION SETTLEMENT
Page 1

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

Notice is hereby given that the parties have reached a class settlement agreement in this matter. The parties intend to finalize the class settlement with a formal, long-form settlement agreement in the coming weeks, and Plaintiff and Intervenor Plaintiffs anticipate filing a motion for preliminary approval of the class settlement after entry of a final written agreement. The parties respectfully request the Court strike from the calendar all scheduled hearings and upcoming deadlines, including the deadline for a motion for class certification. This notice is being filed with the consent of all parties.

DATED the 27th day of January, 2021.

| FRANK FREED SUBIT & THOMAS LLP | JEFFERS, DANIELSON, SONN & AYLWARD, P.S. |
|---|---|
| s/ *Marc C. Cote* <br> Marc C. Cote, WSBA #39824 <br> Sean M. Phelan, WSBA #27866 <br> Anne E. Silver, WSBA #51695 <br> 705 Second Avenue, Suite 1200 <br> Seattle, WA 98104-1798 <br> Telephone: (206) 682-6711 <br> Facsimile: (206) 682-0401 <br> Email: mcote@frankfreed.com <br> Email: sphelan@frankfreed.com <br> Email: asilver@frankfreed.com | s/ *Stephanie J. Boehl* <br> Robert R. Siderius, Jr., WSBA # 15551 <br> Stephanie J. Boehl, WSBA #39501 <br> 2600 Chester Kimm Road <br> Wenatchee, WA 98801 <br> Telephone: 509-662-3685 <br> Fax: 509-662-2452 <br> Email: bobs@jdsalaw.com <br> Email: stephanieb@jdsalaw.com <br><br> *Attorneys for Defendant* |

COLUMBIA LEGAL SERVICES
Joachim Morrison, WSBA #23094
Xaxira Velasco Ponce de Leon, WSBA #55646
300 Okanogan Avenue, Suite 2A

NOTICE OF CLASS ACTION SETTLEMENT
Page 2

1  Wenatchee, WA 98801
   Telephone: (509) 662-9681
2  Email: joe.morrison@columbialegal.org
   Email:
3  xaxira.poncedeleon@columbialegal.org

4  *Attorneys for Plaintiff, Intervenor*
   *Plaintiffs, and Proposed Class*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  NOTICE OF CLASS ACTION SETTLEMENT
    Page 3

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Marc C. Cote: | mcote@frankfreed.com |
| Joachim Morrison | joe.morrison@columbialegal.org |
| Xaxira Velasco Ponce de Leon | xaxira.poncedeleon@columbialegal.org |
| Robert R. Siderius, Jr. | bobs@jdsalaw.com |
| Stephanie J. Boehl | stephanieb@jdsalaw.com |

DATED this 27th day of January, 2021.

/s/ *Megan Grosse*
Megan Grosse

NOTICE OF CLASS ACTION SETTLEMENT
Page 4

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711