# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

OMAR PALMA RENTERIA, individually and on behalf of all others similarly situated, Plaintiff; and GILBERTO GOMEZ GARCIA, individually and on behalf of all others similarly situated, and JONATHAN GOMEZ RIVERA, individually and on behalf of all others similarly situated, Intervenor Plaintiffs,

v.

STEMILT AG SERVICES LLC, a solely owned subsidiary of Stemilt Growers LLC, and DOES 1–10,
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2021

SEAN F. McAVOY, CLERK

Civil Action No. 2:20-cv-00392-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: As of the Effective Date and subject to Defendant's payment of the amounts stated in the Settlement Agreement, this Court DISMISSES all claims that were or could have been asserted in the Action on the basis of the allegations contained in the Complaint for the period of May 21, 2015 to May 17, 2018, WITH PREJUDICE AND WITHOUT COSTS (except as specifically provided in the Settlement Agreement). The entry of this Order is WITHOUT PREJUDICE to the rights of the Parties to enforce the terms of the Settlement Agreement. Judgment is entered in favor of Plaintiffs consistent with the Order Granting Final Approval of Class Action Settlement entered 9/10/2021, ECF No. 47.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR.

on Plaintiffs' Motion for Final Approval of Class Action Settlement, ECF No. 33, and the parties' Stipulated Motion for Approval of Certain Settlement Claims, ECF No. 39.

Date: 09/09/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates